**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| IN RE: PRE-FILLED PROPANE TANK ) | MDL NO. 2086 | |
| MARKETING & SALES PRACTICES ) | | |
| LITIGATION ) | Master Case No. 09-2086-MD-W-GAF | |
| ) | | |
| ALL ACTIONS ) | | |

**ORDER APPROVING THE PARTIES' STIPULATED PROTECTIVE ORDER**

Pursuant to Fed. R. Civ. P. 26(c) and a prior Order of the Court (Doc. #6), the respective counsel for the plaintiffs and defendants have stipulated and agreed that the provisions contained within their Stipulated Protective Order (Doc. #104) shall govern the pretrial disclosure and use by the parties of all documents, electronically stored information ("ESI"), testimony, and other information given during the course of discovery that is designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only." The Court **APPROVES** the parties' Stipulated Protective Order and shall hereafter enforce its terms.

**IT IS SO ORDERED.**

s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED: **April 14, 2010**