UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| IN RE: PRE-FILLED PROPANE TANK MARKETING AND SALES PRACTICES LITIGATION<br><br>THIS PLEADING RELATES TO:<br>ALL CASES | MDL Docket No. 2086<br><br>Master Case No. 4:09-cv-00465 |

## ORDER GRANTING DISMISSAL
## OF THE CLAIMS OF PLAINTIFFS

This Court, having reviewed the Parties' Stipulation to Dismiss Plaintiffs' Claims against Defendants Ferrellgas Partners, L.P., Ferrellgas, L.P., and Ferrellgas, Inc., ("Ferrellgas Defendants") and for good cause shown, hereby GRANTS the Parties' Stipulation and dismisses the claims of Plaintiffs:

1. Sara Hook
2. Derrick Jackson
3. Pat Mallaney
4. Aaron Michael Laurent
5. Joseph Van Dyke
6. Jeremy Drucker
7. David Judd
8. Don Parker
9. Kevin Kennedy
10. Christopher Nelson
11. William McNeil
12. Bill Mattern
13. Tina Mattern
14. Mark Rodgers
15. Laora Fishman
16. Steve Huffman
17. Marino Guzman
18. John Rustay
19. Bruce McIntyre
20. Jason Brownstein
21. John Sponcil
22. Serge Traylor
23. Gary Kashefka
24. Brian Border
25. Melissa Eskharia
26. Brett Powell

with prejudice as to the Ferrellgas Defendants pursuant to Federal Rule of Civil Procedure 41(a).

The Court also dismisses the claims of Plaintiffs Yisorel Lazaroff and David Goldman as to the Ferrellgas Defendants pursuant to Federal Rule of Civil Procedure 41(a) without prejudice.

                                                                   s/ Gary A. Fenner
                                                                   Gary A. Fenner, Judge
                                                                   United States District Court

DATED:   August 25, 2010